IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

**In the Matter of**:               }
                                    }
Aureal Buckner                      } Case No.18-10752
                                    } Chapter 13
**Debtor(s)**                       } Section B

## MOTION TO AMEND PLAN

NOW INTO COURT comes Aureal Buckner, debtors in the above titled and numbered case, who with respect represents:

1.

On March 27, 2018, debtor filed a voluntary petition for relief under Title 11, Chapter 7 of the Bankruptcy Code.

2.

This court has jurisdiction over the matters presented herein, which are core in nature, pursuant to 28 U.S.C. Section 157(b)(2)(A), 28 U.S.C. Section 1334, and 11 U.S.C. Section 1329.

3.

Debtors plan pays $369.66 per month for 60 months paying 0% to unsecured creditors.

4.

Debtor desires to amend the plan to correct the arrearage on her mortgage and to add the claim of the LDR. Debtor desires to amend her plan to pay $369.66 for 5 months and $469.66 per month for 55 months. Paying 100% or $173.75 to unsecured creditors.

WHEREFORE, Aureal Buckner, debtor in the above captioned proceeding, pray that after notice, the expiration of all legal delays, and hearing, that the amended plan be Confirmed and for all other general and equitable relief.

Respectfully submitted,

*/s/ Edwin M. Shorty Jr.*
Edwin M. Shorty, Jr & Assoc
A Professional Law Corp.
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone: (504) 207-1370
Fax: (504) 207-0850
eshorty@eshortylawoffice.com